Sharon Powell
Civil Court Coordinator
817-556-6193

Joy Penney
Criminal Court Coordinator
817-556-6820



Renee Hall
Court Reporter
817-556-6822

# JOHN E. NEILL
## DISTRICT JUDGE
18TH Judicial District of Texas
Johnson and Somervell Counties

January 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

Re: LAVOIE, MICHAEL PAUL
CCA No. WR-82,160-01
Trial Court Case. No. F47171A

JAN 2 2 2015

Abel Acosta, Clerk

Dear Mr. Acosta:

I am in receipt of your correspondence of January 13, 2015. I received your correspondence on January 20, 2015 and am replying one day later. Please accept this letter as explanation of why I have not complied with the court's Order of October 15, 2014.

Neither I, nor anyone in my office, ever received the above referenced Order. My staff copied the Order from the Court of Criminal Appeals website. Further, neither I, nor anyone in my office, received the Motion To Recuse filed by Mr. Lavoie. To date, I have not received, nor have I seen, Mr. Lavoie's Motion To Recuse.

The letter that is dated October 15, 2014 enclosing this Order referenced above was addressed to "Presiding Judge, 18th Judicial District, 2 N. Main Street, 2nd Floor, Cleburne, Texas, 76031." That is not a current address. Since 2004, the address of the 18th District Court is 204 S. Buffalo Ave., Suite 304, Cleburne, Texas, 76033. This address difference could explain the delay in my receiving said correspondence, as well as why I have not received the Order from the Court of Criminal Appeals and the Motion To Recuse from Mr. Lavoie.

Please find enclosed, Affidavit of Kayla George, Deputy District Clerk of Johnson County, indicating that the Johnson County District Clerk's Office never received the Order from the Court of Criminal Appeals nor the Motion To Recuse from Mr. Lavoie.

Sincerely,

Judge John E. Neill
18th District Court
Johnson County
Cleburne, Texas



## AFFIDAVIT OF KAYLA GEORGE

STATE OF TEXAS

COUNTY OF JOHNSON

BEFORE ME, the undersigned authority, personally appeared KAYLA GEORGE, who deposed and said that she was over the age of 21 and competent to make this affidavit, that she has read the statement below and that the facts stated therein are within her personal knowledge and are true and correct.

"I am the Deputy District Clerk for Johnson County. I am responsible for maintaining the courts records for all felony criminal filed for the District Clerk in Johnson County.

I have conducted a thorough search of the files for Mr. Michael Paul Lavoie. I cannot find where an Order of the Court of Criminal Appeals dated October 15, 2014 or a Motion To Recuse from Mr. Michael Paul Lavoie was ever filed in Johnson County."

_____
KAYLA GEORGE

SIGNED under oath before me by KAYLA GEORGE on ⟨January⟩ 21, 2015.

_____
Notary Public, State of Texas

LINDA B. JOHNSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 09/28/2015